JUDGMENT

FILED: February 13, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 04-4064
CR-02-191-MU

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LESLIE FOUNTRESA FREEMAN

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of North Carolina at Charlotte

---

In accordance with the written opinion of this Court filed this day, the Court vacates the judgment of the District Court. This case is remanded to the District Court for further proceedings consistent with the Court's opinion.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
---
CLERK

FILED
CHARLOTTE, N. C.
FEB 17 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.